PEOPLE ex rel. MAYHAM v. BOARD OF SUP'RS OF SCHOHARIE COUNTY (two cases). (Supreme Court, Appellate Division, Third Department. March 18, 1915.) Proceeding by the People of the State of New York, on the relation of Claude B. Mayham against the Board of Supervisors of the County of Schoharie, with Clyde H. Proper, appearing specially as intervener.

PER CURIAM. Order affirmed, without costs.

HOWARD, J., dissents.

PEOPLE ex rel. RODGERS v. TOMKINS. (Supreme Court, Appellate Division, First Department. April 30, 1915.) Proceeding by the People of the State of New York, on the relation of John J. Rodgers, against Calvin Tomkins, as Commissioner. No opinion. Motion to dismiss writ granted, without costs. Order filed.

PEOPLE ex rel. BUDDEMEYER v. McKAY, Respondent. (Supreme Court, Appellate Division, First Department. March 26, 1915.) Proceeding by the People of the State of New York, on the relation of Frederick A. Buddemeyer, against Douglas I. McKay, as Commissioner, etc. F. J. Sullivan, of New York City, for relator. T. Farley, of New York City, for respondent. No opinion. Writ dismissed, and proceedings affirmed, with $50 costs and disbursements. Order filed.

PEOPLE ex rel. TOWN OF PELHAM et al. v. VILLAGE OF PELHAM et al. (Supreme Court, Appellate Division, Second Department. March 19, 1915.) Proceeding by the People of the State of New York, on the relation of the Town of Pelham and another, against the Village of Pelham and another. No opinion. Submission dismissed, without costs. See, also, 152 N. Y. Supp. 428.

PHALEN v. RAE. (Supreme Court, Appellate Division, Third Department. May 5, 1915.) Action by Victoria Phalen, as administratrix, etc., of John Phalen, deceased, against Walter S. Rae and the New York Central & Hudson River Railroad Company.

PER CURIAM. Judgment and order affirmed, with costs.

SMITH, P. J., and KELLOGG, J., dissent.

PIERCE, Respondent, v. WILLETS, Appellant. (Supreme Court, Appellate Division, 152 N.Y.S.—72

Second Department. April 16, 1915.) Action by Bonaventure Pierce, an infant, etc., by Nellie Pierce, his guardian ad litem, against William C. Willets. No opinion. Judgment and order unanimously affirmed, with costs.

PERCIPPE, Respondent, v. MANEE et al., Appellants. (Supreme Court, Appellate Division, First Department. April 23, 1915.) Action by Irene Percippe against Elias S. Manee and others. E. P. Mowton, of New York City, for appellants. L. Lowenstein, of New York City, for respondent.

PER CURIAM. Judgment and order affirmed, with costs. Order filed.

SCOTT, J., dissents.

PRESCHMANN, Appellant, v. HAYES, Respondent. (Supreme Court, Appellate Division, First Department. April 16, 1915.) Action by August Preschmann against George B. Hayes. R. L. Turk, of New York City, for appellant. G. B. Hayes, of New York City, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

PIERCE v. MacFARLAND. (Supreme Court, Appellate Term, First Department. March 18, 1915.) Appeal from Municipal Court, Borough of Manhattan, Ninth District. Action by Henry Havelock Pierce against Robert J. MacFarland. Judgment for defendant, and plaintiff appeals. Reversed. Russell Lord Tarbox, of New York City, for appellant. Herbert McKennis, of New York City, for respondent.

PENDLETON, J. The action is for work, labor, and services and an account stated. The answer was a general denial, an offer to pay $100, and a payment of $100 after action brought. Defendant was called as a witness, and admitted an agreement to pay $100. This was not only evidence entitling plaintiff to judgment for that amount, at least, but also, perhaps, some evidence of authority conferred by him to give the original order. The judgment for defendant should be reversed, and a new trial ordered; costs to appellant to abide the event.

GUY, J., concurs. SHEARN, J., dissents.

PINAFEATHER, Respondent, v. MASSACHUSETTS ACCIDENT CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. March 17, 1915.) Action by Mary Pinafeather against the Massachusetts Accident Company. No opinion. Judgment affirmed, with costs.

PLATT, Respondent, v. J. M. GREIG CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. March 17, 1915.) Action by J. Mills Platt against the J. M. Greig Company. No opinion. Motion to dismiss appeal granted, unless appellant serve briefs and stipulate to argue the appeal on March 25th.